On appellant's petition for reconsideration filed September 29.
Former opinion filed September 10, 22 Or App 489, 539 P2d
1129 (1975), former opinion adhered to October 20, 1975,
petition for review denied January 20, 1976

STATE OF OREGON, *Respondent, v.* RICHARD
THOMAS MATHEWS (No. C-74-07-2146),
*Appellant.*

541 P2d 831

Francis F. Yunker and Darrell E. Bewley, Portland, for appellant.

No appearance contra.

Before Schwab, Chief Judge, and Langtry and Fort, Judges.

PER CURIAM.

On petition for reconsideration defendant correctly points out that our opinion did not deal with one assignment of error—his contention that his motion for directed verdict should have been granted because there was no evidence showing knowledge on his part that the property in question was stolen. We find that there was.

Former opinion adhered to.